IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wright, Maureen R | Case Number: 06 B 05242 |
| | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 5/9/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: June 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,320.00 | |
| Secured: | | 16,948.36 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,399.20 |
| Trustee Fee: | | 972.44 |
| Other Funds: | | 0.00 |
| Totals: | 19,320.00 | 19,320.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,399.20 | 1,399.20 |
| 2. | Saxon Mortgage Services Inc | Secured | 11,907.31 | 11,206.88 |
| 3. | Nuvell Credit Company LLC | Secured | 27,213.01 | 5,124.84 |
| 4. | Cook County Treasurer | Secured | 2,501.90 | 50.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 4,441.81 | 566.64 |
| 6. | United Collection Bureau Inc | Unsecured | 64.40 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 8. | Genesis Clinical Lab | Unsecured | | No Claim Filed |
| 9. | Mercy Medical Center | Unsecured | | No Claim Filed |
| 10. | Dr Patricia M Boatwright | Unsecured | | No Claim Filed |
| 11. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 12. | Mercy Medical Center | Unsecured | | No Claim Filed |
| 13. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | University of Chicago | Unsecured | | No Claim Filed |
| 18. | Rush Oak Park Hospital | Unsecured | | No Claim Filed |
| 19. | The SC At 900 North Michigan | Unsecured | | No Claim Filed |
| | | | $ 47,527.63 | $ 18,347.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 160.99 |
| 4.8% | 463.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wright, Maureen R | Case Number:  06 B 05242 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/11/08 | Filed:  5/9/06 |

```
                       5.4%                347.76
                                        _____
                                        $ 972.44
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                      Marilyn O. Marshall, Trustee, by:

                                      _____